IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| ALLEN R. LAMONT, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:16cv00019 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| M. STANFORD, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

Allen R. Lamont, a Virginia inmate proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against M. Stanford. Having reviewed the complaint, I conclude that Lamont has failed to state a claim against the named defendant and, therefore, I will dismiss his complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988). Inasmuch as Lamont alleges no facts against, or conduct committed by, defendant Stanford, I conclude that he has failed to state a claim against Stanford. Accordingly, I will dismiss Lamont's § 1983 action without prejudice pursuant to § 1915A(b)(1) for failing to state a claim upon which relief may be granted.

ENTER: This 14th day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE