**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **ALLEN R. LAMONT,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:16cv00019** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **M. STANFORD,** | ) | **By: Norman K. Moon** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Lamont's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 14th day of March, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE